IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS, JR.,

    Plaintiff,                             No. CIV S-07-0123 LKK EFB P

    vs.

WARDEN, NEW FOLSOM PRISON, et al.,

    Defendants.                   <u>ORDER</u>

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement.

/////

1   Plaintiff has requested that the court appoint counsel.  District courts lack authority to
2 require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States*
3 *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request
4 counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935
5 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).
6 The court finds that there are no exceptional circumstances in this case.
7   Accordingly, IT IS HEREBY ORDERED that:
8   1.  Plaintiff has 30 days from the date this order is served to submit the required trust
9 account statement.  Failure to comply with this order will result in a recommendation that
10 this action be dismissed.
11   2.  Plaintiff's January 18, 2007 request for appointment of counsel is denied.
12 So ordered.
13 Dated:  April 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE