IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS, JR.,

        Plaintiff,                    No. CIV S-07-0123 LKK EFB P

    vs.

WARDEN, NEW FOLSOM PRISON,
et al.,

        Defendants.              <u>ORDER</u>

                                  /

       Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       By order filed April 16, 2007, the court informed plaintiff of the requirement pursuant to 28 U.S.C. § 1915(a)(2), that "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." On May 1, 2007, plaintiff submitted a copy of his trust account statement lacking the required certification.

1

1   Plaintiff must submit a certified copy of his trust account statement.  Accordingly,
2   plaintiff has 30 days from the date this order is served to submit the required certified trust
3   account statement.  Failure to comply with this order will result in a recommendation that
4   this action be dismissed.
5   So ordered.
6   Dated:  December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE